```
                                              U.S. DISTRICT COURT
                                               DISTRICT OF N.H.
                                                   FILED

                                               2005 MAY 24 P 3:22
```

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>Eric Searles</u>

   v.                          Civil No. 02-cv-360-SM

<u>Superintendent, Hillsborough County
Jail, et al.</u>

### O R D E R

Searles has filed another in a line of requests in this case for injunctive relief. This request is (with the exception of Sargent Barnes) against persons who are not parties to the suit and upon events transpiring three years after the claims at issue. While he listed "02 CV 360-M", it appears more likely that he intended the request as a new suit.[1] In any event, his claims cannot be maintained against non-parties in the current suit. As to this case the motion is denied. The clerk is instructed to strike the document from this file and place it in a prospective new file and forward the <u>in forma pauperis</u>

---

[1] If he has not exhausted his administrative remedies it must be dismissed until he does.



materials to Searles.  If he wishes to proceed he can proceed as a new matter.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: May 24, 2005

cc: Eric Searles, *pro se* w/ IFP FORMS
    John A. Curran, Esq.
    Carolyn M. Kirby, Esq.

2