**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Eric R. Searles</u>

    v.                                              Civil No. 05-cv-184-PB

<u>State of New Hampshire, et al.</u>

**<u>O R D E R</u>**

In Searles' new suit he alleges that on 6/2/2005 between 4:45 and 5:00 p.m. in Unit 2D cell 2270, he was attacked by correctional officers. He moves <u>ex</u> <u>parte</u> (and before preliminary review) to preserve the video camera images of that area for that time.

He also asks that all footage of his "tier time" 2 days before and 2 days after be preserved. He provides no basis for this.

The motion (document no. 7) is granted as to 6/2/2005 and otherwise is denied.

**SO ORDERED.**

                                                    _____
                                                  James R. Muirhead
                                                 United States Magistrate Judge

Date: July 14, 2005

cc:    Eric R. Searles, *pro se*
       Carolyn Kirby, Esq.
       Hillsborough County Department of Corrections