UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Eric Searles</u>

        v.                        Civil Case:  05-cv-184-PB

<u>State of NH, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 14, 2006, no objection having been filed.

SO ORDERED.


March  22, 2006                        /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge


cc:    Eric Searles, Pro se